**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| KLURRESSA MAYS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    1:21-cv-00034-HAB-SLC |
| | ) |
| EAGLECARE, LLC, | ) |
| | ) |
| | ) |
|     Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, by counsel, hereby jointly stipulate and agree that all claims asserted by or against them shall be dismissed with prejudice, with each party to pay their own attorneys' fees, costs and expenses.

Respectfully submitted,                                      Respectfully submitted,

s/ *Christopher C. Myers*                                    s/ *Debra A. Mastrian*
Christopher C. Myers                                         Debra A. Mastrian (17863-30A)
Ilene M. Smith                                               Suzanne S. Newcomb (20290-41)
Christopher C. Myers & Associates                            SmithAmundsen LLC
809 S. Calhoun Street, Suite 400                             201 N. Illinois Street, Suite 1400
Fort Wayne, IN  46802                                        Indianapolis, IN  46204
Telephone:  (260) 424-0600                                   Telephone:  (317) 464-4100
Email:  cmyers@myers-law.com                                 Email: dmastrian@salawus.com
      ismith@myers-law.com                                       snewcomb@salawus.com

*Attorneys for Plaintiff*                                    *Attorneys for Defendant*